12/31/2018



Home | Licensee Search | Company Search | Provider Search

**INSURER DETAILS**

| NAME | Standard Fire Insurance Company (The) |
|---|---|
| DOI ID | 301068 |
| FEIN # | 066033509 |
| ALIEN # | |
| State of Domicile | CT |
| Domicile Country | |
| Merged Into | |
| NAIC # | 19070 |
| NAIC Group # | 3548 |
| Entity Type | Insurer |
| Admitted | 3/1/1911 |
| AM Best Rating | How Does Your Insurer Rate? Enter Company GO ▶More Options |
| President | Nicholas Seminara |

| Process Agent | Corporation Service Company<br>Date Assigned : 12/7/2004<br>(See address table below for process agent address) |
|---|---|
| **Authorized Insurer** – these insurers are authorized to do the business of insurance by holding a Kentucky Certificate of | |

| Line(s) of Authority | | | | |
|---|---|---|---|---|
| Health | Property | Surety | Casualty | Marine & Transportation |
| | | | Vehicle Insurance | |
| | | | Liability Insurance | |
| | | | Workers' Compensation & Employer's Liability | |
| | | | Burglary & Theft | |
| | | | Personal Property Floater | |
| | | | Glass | |
| | | | Boiler & Machinery | |
| | | | Leakage & Fire Extinguishing Equipment | |
| | | | Credit | |
| | | | Malpractice | |
| | | | Elevator | |
| | | | Congenital Defects | |
| | | | Livestock | |
| | | | Entertainments | |
| | | | Failure of Certain Institutions to Record Documents | |
| | | | Automobile Guaranty | |
| | | | Miscellaneous | |

| Type | Address |
|---|---|
| Mailing | One Tower Square Hartford, CT 06183 |
| Statutory Home Office | One Tower Square Hartford, CT 06183 |
| Regulatory Compliance/Gvmt Relations Contact Address | One Tower Square MS08A Hartford, CT 06183 |

| | |
|---|---|
| Regulatory Compliance/Gvmt Relations Contact Address | One Tower Square MS08A Hartford, CT 06183 |
| Annual Statement | One Tower Square PB06A Hartford, CT 06183 |
| Process Agent | 421 West Main Street Frankfort, KY 40601 |
| Catastrophe/Disaster Coordinator Address | 99 Lamberton Road Windsor, CT 06095 |
| Claim Information Contact Address | One Tower Square Hartford, CT 06183 |
| Company Licenses/Fee Contact Address | One Tower Square MS08A Hartford, CT 06183 |
| Consumer Complaint | One Tower Square Hartford, CT 06183 |
| Deposits Contact Address | 385 Washington Street St Paul, MN 55102 |
| P & C Form and Rate Filing | One Tower Square PB10-A Hartford, CT 06183 |
| Market Conduct | One Tower Square MS21A Hartford, CT 06183 |
| Policyholder Information Contact Address | One Tower Square GS08 Hartford, CT 06183 |
| Premium Tax Address | One Tower Square PB06B Hartford, CT 06183 |
| Agent Licensing Address | One Tower Square Hartford, CT 06183 |

| Type | Number |
|---|---|
| Annual Statement - Annual Statement | (860) 277-3966 |
| Business / Home Office | (860) 277-0111 |
| Catastrophe/Distaster Coordination Contact - Business / Home Office | (860) 756-9520 |
| Claim Information Contact - Business / Home Office | (800) 252-4633 |
| Company Licenses/Fees Contact - Business / Home Office | (860) 954-5660 |
| Consumer Complaint - Business / Home Office | (860) 277-1561 |
| Deposits Contact - Business / Home Office | (651) 310-6871 |
| P & C Form and Rate Filing - Business / Home Office | (860) 277-0052 |
| Market Conduct Examination Contact - Market Conduct | (860) 277-7327 |
| Policyholder Information Contact - Business / Home Office | (860) 277-9681 |
| Premium Tax Contact - Premium Tax | (860) 277-7704 |
| Licensing - Agent Licensing Phone | (860) 277-6368 |
| Regulatory Compliance/Gvmt Relations Contact - Business / Home Office | (860) 954-6144 |
| Consumer Complaint - Fax | (860) 277-5347 |
| Process Agent - Business / Home Office | (888) 690-2882 |
| Process Agent - Fax | (302) 636-5454 |

| Type | Internet Information |
|---|---|
| Annual Statement - Email | annual.statement.contact@travelers.com |
| Licensing - Email | SBAILEY@travelers.com |
| Regulatory Compliance/Gvmt Relations Contact - Email | rksage@travelers.com |
| Catastrophe/Distaster Coordination Contact - Email | CEDAY@travelers.com |
| Claim Information Contact - Email | custrel@travelers.com |
| Company Licenses/Fees Contact - Email | kdavis@travelers.com |
| Consumer Complaint - Email | COMPLAINTS@TRAVELERS.COM |
| Deposits Contact - Email | JBILLMEY@travelers.com |
| P & C Form and Rate Filing - Email | kmkenned@travelers.com |
| Market Conduct Examination Contact - Email | cpalmier@travelers.com |
| Policyholder Information Contact - Email | mgage@travelers.com |
| Premium Tax Contact - Email | Tax-Premium@travelers.com |
| Process Agent - Email | sop@cscglobal.com |