IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| LAURA N. WOODS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CAUSE NO. _____ |
| | ) | |
| THE STANDARD FIRE INSURANCE COMPANY | ) ) | Removed from Fayette Circuit Court Civil Action No. 18-CI-04199 |
| Defendant | ) | |
| | ) | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Comes now the Defendant, The Standard Fire Insurance Company, by and through the undersigned counsel, and for its Rule 7.1 Disclosure Statement, hereby states that The Standard Fire Insurance Company is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc.  The Travelers Companies, Inc. is the only publicly held company in the corporate family.  No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.

Respectfully Submitted,

SCHILLER BARNES MALONEY PLLC

*/s/ Stephen C. Keller*

Stephen C. Keller, Esq.
Tyler D. Olson, Esq.
401 W. Main Street, Suite 1600
Louisville, KY 40202
PH: (502) 625-1694
Fax: (502) 779-9349
skeller@sbmkylaw.com
tolson@sbmkylaw.com
*Counsel for Defendant,*
*The Standard Fire Insurance Company*

## CERTIFICATE OF SERVICE

     I hereby certify that on the 31st day of December, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Stephen P. Stoltz, Esq.
Blake C. Nolan, Esq.
Gess Mattingly & Atchison, P.S.C.
201 West Short Street, Suite 102
Lexington, KY 40507
sstoltz@gmalaw.com
bnolan@gmalaw.com
*Counsel for Plaintiff*


*/s/ Stephen C. Keller*

SCHILLER BARNES MALONEY PLLC