# Exhibit 2



**Policy Number**  996057891 203 1
**Policy Period**  07/09/2016 – 07/09/2017
12:01 A.M. STANDARD TIME at your address shown in item 1
of the Automobile Policy Declarations

DAWSON NEWBERRY
3 ANTLER PINE RD
SANDY HOOK, CT 06482-1059

June 23, 2016

Thank you for choosing Travelers for your auto insurance. We're always available to assist you with claims, questions or additional insurance needs.

The enclosed, personalized policy package was created just for you.

You'll find these item(s) in the following order:

# Welcome to Travelers!

| QUESTIONS? | |
|---|---|
| Policy questions or changes.......... | 1-203-426-2273 |
| 24 hour claim service ..................... | 1-800-252-4633 |
| Billing and payment information.... | 1-800-842-5075 |
| Online ............................................ | MyTravelers.com |

**Claim Cards -** If you're ever in an accident, break the cards below in half and give the right side to the other driver.

**Insurance ID Cards -** You may need these cards as proof of insurance, so keep them in a safe place in your vehicle such as the glove box.

**Declarations, Insurance Policy and Endorsements -** Please review these documents to confirm your coverage.

**Important Notices -** Including information about our privacy policy, billing options, consumer reporting and more.

We hope you never need to file a claim, but if the unexpected happens we'll be there for you.
We're committed to getting you back on the road - fast.

On behalf of NEWTOWN INS SERV, we look forward to serving you.

Sincerely,

*Michael Klein*

Michael Klein
President
Personal Insurance

PL-50010 (03-12)

---

**TRAVELERS**

**Call us immediately
to report your claim**
**1-800-252-4633**

**We're here to help**
24 hours a day, 365 days a year

Break in half.  →
(See other side.)

**FOR YOU**

**TRAVELERS**

**Call us immediately
to report your claim**
**1-800-252-4633**

**We're here to help**
24 hours a day, 365 days a year

←  Break in half.
(See other side.)

**FOR OTHER DRIVER**

**TRAVELERS**

**Call us immediately
to report your claim**
**1-800-252-4633**

**We're here to help**
24 hours a day, 365 days a year

Break in half.  →
(See other side.)

**FOR YOU**

**TRAVELERS**

**Call us immediately
to report your claim**
**1-800-252-4633**

**We're here to help**
24 hours a day, 365 days a year

←  Break in half.
(See other side.)

**FOR OTHER DRIVER**

## FOR OTHER DRIVER

This insurance card has been
provided by a Travelers customer.
Please call us at 1-800-252-4633
for claim service.

Claim professionals are available
to take your notice of loss 24 hours
a day, 365 days a year.

996057891 203 1

TRAVELERS CUSTOMER POLICY NUMBER

## FOR YOU

If you are in an auto accident:

1. Snap this card in two and provide
   the right side to the other driver.
2. Get the license plate number of
   the other driver's vehicle.
3. Call Travelers immediately at
   1-800-252-4633.

OTHER DRIVER'S LICENSE PLATE NUMBER

996057891 203 1

YOUR POLICY NUMBER

## FOR OTHER DRIVER

This insurance card has been
provided by a Travelers customer.
Please call us at 1-800-252-4633
for claim service.

Claim professionals are available
to take your notice of loss 24 hours
a day, 365 days a year.

996057891 203 1

TRAVELERS CUSTOMER POLICY NUMBER

## FOR YOU

If you are in an auto accident:

1. Snap this card in two and provide
   the right side to the other driver.
2. Get the license plate number of
   the other driver's vehicle.
3. Call Travelers immediately at
   1-800-252-4633.

OTHER DRIVER'S LICENSE PLATE NUMBER

996057891 203 1

YOUR POLICY NUMBER

**TRAVELERS**  CONNECTICUT INSURANCE IDENTIFICATION CARD
ISSUED PURSUANT TO CONNECTICUT LAW

This card must be carried in the vehicle at all times as evidence of insurance.

| Year | Make | Model | Vehicle identification number (VIN) |
|------|------|-------|-------------------------------------|
| 2009 | NISSA | MAXIMA S/M | 1N4AA51E69C831318 |

| Policy number | Effective date | Expiration date |
|---------------|----------------|-----------------|
| 996057891 203 1 | 07/09/2016 | 07/09/2017 |

Insured                     NAIC 19070
DAWSON NEWBERRY
3 ANTLER PINE RD
SANDY HOOK, CT 06482-1059

Company: THE STANDARD FIRE INSURANCE COMPANY
ONE TOWER SQUARE, HARTFORD, CT 06183

For policy questions and changes     To report a claim
NEWTOWN INS SERV                     1-800-252-4633 (24 hours x 365 days a year)
203-426-2273

Keep this card in the vehicle at all times. See reverse side.

---

**TRAVELERS**  CONNECTICUT INSURANCE IDENTIFICATION CARD
ISSUED PURSUANT TO CONNECTICUT LAW

This card must be carried in the vehicle at all times as evidence of insurance.

| Year | Make | Model | Vehicle identification number (VIN) |
|------|------|-------|-------------------------------------|
| 2009 | NISSA | MAXIMA S/M | 1N4AA51E69C831318 |

| Policy number | Effective date | Expiration date |
|---------------|----------------|-----------------|
| 996057891 203 1 | 07/09/2016 | 07/09/2017 |

Insured                     NAIC 19070
DAWSON NEWBERRY
3 ANTLER PINE RD
SANDY HOOK, CT 06482-1059

Company: THE STANDARD FIRE INSURANCE COMPANY
ONE TOWER SQUARE, HARTFORD, CT 06183

For policy questions and changes     To report a claim
NEWTOWN INS SERV                     1-800-252-4633 (24 hours x 365 days a year)
203-426-2273

Present this card with your application for registration. See reverse side.

---

**TRAVELERS**  CONNECTICUT INSURANCE IDENTIFICATION CARD
ISSUED PURSUANT TO CONNECTICUT LAW

This card must be carried in the vehicle at all times as evidence of insurance.

| Year | Make | Model | Vehicle identification number (VIN) |
|------|------|-------|-------------------------------------|
| 2010 | NISSA | MURANO S A | JN8AZ1MW8AW140430 |

| Policy number | Effective date | Expiration date |
|---------------|----------------|-----------------|
| 996057891 203 1 | 07/09/2016 | 07/09/2017 |

Insured                     NAIC 19070
DAWSON NEWBERRY
3 ANTLER PINE RD
SANDY HOOK, CT 06482-1059

Company: THE STANDARD FIRE INSURANCE COMPANY
ONE TOWER SQUARE, HARTFORD, CT 06183

For policy questions and changes     To report a claim
NEWTOWN INS SERV                     1-800-252-4633 (24 hours x 365 days a year)
203-426-2273

Keep this card in the vehicle at all times. See reverse side.

---

**TRAVELERS**  CONNECTICUT INSURANCE IDENTIFICATION CARD
ISSUED PURSUANT TO CONNECTICUT LAW

This card must be carried in the vehicle at all times as evidence of insurance.

| Year | Make | Model | Vehicle identification number (VIN) |
|------|------|-------|-------------------------------------|
| 2010 | NISSA | MURANO S A | JN8AZ1MW8AW140430 |

| Policy number | Effective date | Expiration date |
|---------------|----------------|-----------------|
| 996057891 203 1 | 07/09/2016 | 07/09/2017 |

Insured                     NAIC 19070
DAWSON NEWBERRY
3 ANTLER PINE RD
SANDY HOOK, CT 06482-1059

Company: THE STANDARD FIRE INSURANCE COMPANY
ONE TOWER SQUARE, HARTFORD, CT 06183

For policy questions and changes     To report a claim
NEWTOWN INS SERV                     1-800-252-4633 (24 hours x 365 days a year)
203-426-2273

Present this card with your application for registration. See reverse side.

## In case of an accident

- Contact the police or call 911 if necessary.
- Call Travelers immediately to report the accident, toll free at **1-800-252-4633**. We're available 24 hours a day, 365 days a year.
- For each driver, passenger or witness involved, get their name and contact information.
- For each vehicle involved, get the license plate number and state.
- Take photos of the scene and damage with your camera or mobile phone if you can do so safely.
- Only discuss the accident with the police or Travelers representatives.

CONNECTICUT LAW PROVIDES AS FOLLOWS:
An Automobile Insurance Identification Card shall at all times be carried in each private passenger motor vehicle registered in the State. The card must be produced upon demand.

**NOTICE:**
**YOU HAVE THE RIGHT TO CHOOSE THE LICENSED REPAIR SHOP WHERE THE DAMAGE TO YOUR MOTOR VEHICLE WILL BE REPAIRED.**

Presentation of such card means the owner of the vehicle has provided and will continuously maintain throughout the registration period the minimum security provided by law.

Rev. 03-2012

## In case of an accident

- Contact the police or call 911 if necessary.
- Call Travelers immediately to report the accident, toll free at **1-800-252-4633**. We're available 24 hours a day, 365 days a year.
- For each driver, passenger or witness involved, get their name and contact information.
- For each vehicle involved, get the license plate number and state.
- Take photos of the scene and damage with your camera or mobile phone if you can do so safely.
- Only discuss the accident with the police or Travelers representatives.

CONNECTICUT LAW PROVIDES AS FOLLOWS:
An Automobile Insurance Identification Card shall at all times be carried in each private passenger motor vehicle registered in the State. The card must be produced upon demand.

**NOTICE:**
**YOU HAVE THE RIGHT TO CHOOSE THE LICENSED REPAIR SHOP WHERE THE DAMAGE TO YOUR MOTOR VEHICLE WILL BE REPAIRED.**

Presentation of such card means the owner of the vehicle has provided and will continuously maintain throughout the registration period the minimum security provided by law.

Rev. 03-2012

## In case of an accident

- Contact the police or call 911 if necessary.
- Call Travelers immediately to report the accident, toll free at **1-800-252-4633**. We're available 24 hours a day, 365 days a year.
- For each driver, passenger or witness involved, get their name and contact information.
- For each vehicle involved, get the license plate number and state.
- Take photos of the scene and damage with your camera or mobile phone if you can do so safely.
- Only discuss the accident with the police or Travelers representatives.

CONNECTICUT LAW PROVIDES AS FOLLOWS:
An Automobile Insurance Identification Card shall at all times be carried in each private passenger motor vehicle registered in the State. The card must be produced upon demand.

**NOTICE:**
**YOU HAVE THE RIGHT TO CHOOSE THE LICENSED REPAIR SHOP WHERE THE DAMAGE TO YOUR MOTOR VEHICLE WILL BE REPAIRED.**

Presentation of such card means the owner of the vehicle has provided and will continuously maintain throughout the registration period the minimum security provided by law.

Rev. 03-2012

## In case of an accident

- Contact the police or call 911 if necessary.
- Call Travelers immediately to report the accident, toll free at **1-800-252-4633**. We're available 24 hours a day, 365 days a year.
- For each driver, passenger or witness involved, get their name and contact information.
- For each vehicle involved, get the license plate number and state.
- Take photos of the scene and damage with your camera or mobile phone if you can do so safely.
- Only discuss the accident with the police or Travelers representatives.

CONNECTICUT LAW PROVIDES AS FOLLOWS:
An Automobile Insurance Identification Card shall at all times be carried in each private passenger motor vehicle registered in the State. The card must be produced upon demand.

**NOTICE:**
**YOU HAVE THE RIGHT TO CHOOSE THE LICENSED REPAIR SHOP WHERE THE DAMAGE TO YOUR MOTOR VEHICLE WILL BE REPAIRED.**

Presentation of such card means the owner of the vehicle has provided and will continuously maintain throughout the registration period the minimum security provided by law.

Rev. 03-2012

**TRAVELERS**  CONNECTICUT INSURANCE IDENTIFICATION CARD
ISSUED PURSUANT TO CONNECTICUT LAW

This card must be carried in the vehicle at all times as evidence of insurance.

| Year  Make | Model | Vehicle identification number (VIN) |
|---|---|---|
| 1998  TOYOT | TACOMA | 4TAPM62N3WZ099542 |

**Policy number**
99605789 1 203 1

**Effective date**
07/09/2016

**Expiration date**
07/09/2017

**NAIC** 19070

**Insured**
DAWSON NEWBERRY
3 ANTLER PINE RD
SANDY HOOK, CT 06482-1059

**Company:** THE STANDARD FIRE INSURANCE COMPANY
ONE TOWER SQUARE, HARTFORD, CT 06183

**For policy questions and changes**     **To report a claim**
NEWTOWN INS SERV                          1-800-252-4633 (24 hours x 365 days a year)
203-426-2273

**Keep this card in the vehicle at all times. See reverse side.**

---

**TRAVELERS**  CONNECTICUT INSURANCE IDENTIFICATION CARD
ISSUED PURSUANT TO CONNECTICUT LAW

This card must be carried in the vehicle at all times as evidence of insurance.

| Year  Make | Model | Vehicle identification number (VIN) |
|---|---|---|
| 1998  TOYOT | TACOMA | 4TAPM62N3WZ099542 |

**Policy number**
99605789 1 203 1

**Effective date**
07/09/2016

**Expiration date**
07/09/2017

**NAIC** 19070

**Insured**
DAWSON NEWBERRY
3 ANTLER PINE RD
SANDY HOOK, CT 06482-1059

**Company:** THE STANDARD FIRE INSURANCE COMPANY
ONE TOWER SQUARE, HARTFORD, CT 06183

**For policy questions and changes**     **To report a claim**
NEWTOWN INS SERV                          1-800-252-4633 (24 hours x 365 days a year)
203-426-2273

**Present this card with your application for registration. See reverse side.**

**In case of an accident**

- Contact the police or call 911 if necessary.
- Call Travelers immediately to report the accident, toll free at **1-800-252-4633**. We're available 24 hours a day, 365 days a year.
- For each driver, passenger or witness involved, get their name and contact information.
- For each vehicle involved, get the license plate number and state.
- Take photos of the scene and damage with your camera or mobile phone if you can do so safely.
- Only discuss the accident with the police or Travelers representatives.

CONNECTICUT LAW PROVIDES AS FOLLOWS:
An Automobile Insurance Identification Card shall at all times be carried in each private passenger motor vehicle registered in the State. The card must be produced upon demand.

**NOTICE:**
**YOU HAVE THE RIGHT TO CHOOSE THE LICENSED REPAIR SHOP WHERE THE DAMAGE TO YOUR MOTOR VEHICLE WILL BE REPAIRED.**

Presentation of such card means the owner of the vehicle has provided and will continuously maintain throughout the registration period the minimum security provided by law.

Rev. 03-2012

---

**In case of an accident**

- Contact the police or call 911 if necessary.
- Call Travelers immediately to report the accident, toll free at **1-800-252-4633**. We're available 24 hours a day, 365 days a year.
- For each driver, passenger or witness involved, get their name and contact information.
- For each vehicle involved, get the license plate number and state.
- Take photos of the scene and damage with your camera or mobile phone if you can do so safely.
- Only discuss the accident with the police or Travelers representatives.

CONNECTICUT LAW PROVIDES AS FOLLOWS:
An Automobile Insurance Identification Card shall at all times be carried in each private passenger motor vehicle registered in the State. The card must be produced upon demand.

**NOTICE:**
**YOU HAVE THE RIGHT TO CHOOSE THE LICENSED REPAIR SHOP WHERE THE DAMAGE TO YOUR MOTOR VEHICLE WILL BE REPAIRED.**

Presentation of such card means the owner of the vehicle has provided and will continuously maintain throughout the registration period the minimum security provided by law.

Rev. 03-2012


**TRAVELERS**

# Automobile Policy Declarations

## 1. Named Insured
DAWSON NEWBERRY
3 ANTLER PINE RD
SANDY HOOK, CT 06482-1059

**Your Agency's Name and Address**
NEWTOWN INS SERV
34 CHURCH HILL RD
NEWTOWN, CT 06470-2707

| | |
|---|---|
| **Your Auto Policy Number** 996057891 203 1 | **For Policy Service** 1-203-426-2273 |
| **Your Account Number** | **For Claim Service** 1-800-252-4633 |

## 2. Premium
**Your Total Premium for the Policy Period is $1,190.**
**The policy period is from July 9, 2016 to July 9, 2017 12:01 A.M. STANDARD TIME at your address shown in Item 1.**

## 3. Your Vehicles
1. 2010 NISSA MURANO S A
2. 2009 NISSA MAXIMA S/M
3. 1998 TOYOT TACOMA

**Identification Numbers**
JN8AZ1MW8AW140430
1N4AA51E69C831318
4TAPM62N3WZ099542

## 4. Coverages, Limits of Liability and Premiums
Insurance is provided only where a premium entry is shown for the coverage. The premium entry "Incl" or "Pkg" means the premium charge is included in the premium for another coverage or a package.

| | VEHICLE 1 | VEHICLE 2 | VEHICLE 3 |
|---|---|---|---|
| | **10 NISSA MURANO S A** | **09 NISSA MAXIMA S/M** | **98 TOYOT TACOMA** |

**A. Bodily Injury**
$100,000 each person
$300,000 each accident

**B. Property Damage**
$100,000 each accident

**C. Medical Payments**
$1,000 each person

**D1. Uninsured And Underinsured Motorists Bodily Injury**
$100,000 each person
$300,000 each accident

**E. Collision**
Actual Cash Value less
$1,000 deductible

**F. Comprehensive**
Actual Cash Value less
$1,000 deductible


**TRAVELERS**

---

## 4. Coverages, Limits of Liability and Premiums (continued)

Insurance is provided only where a premium entry is shown for the coverage. The premium entry "Incl" or "Pkg" means the premium charge is included in the premium for another coverage or a package.

|  | VEHICLE 1 | VEHICLE 2 | VEHICLE 3 |
|---|---|---|---|
|  | 10 NISSA<br>MURANO S A | 09 NISSA<br>MAXIMA S/M | 98 TOYOT<br>TACOMA |

**Glass Deductible**
See Endorsement E1OCW02 (01-15)
$0 deductible

**Extended Transportation Expenses**
See Endorsement E1MCW01 (10-13)
$30 per day/$900 maximum

**Subtotal for your vehicle(s):**

**Total Premium for this Policy:**

**This is not a bill. You will be billed separately for this transaction.**

---

## 5. Information Used to Rate Your Policy

### Discounts

Safe Driver Discount
   5 Years Accident and Violation Free
Multi-Policy Discount
Multi-Car Discount
Paid in Full Discount
Good Payer Discount
Continuous Insurance Discount
Early Quote Discount

**Your Total Savings Reflected in Your Total Premium:**

| Drivers | Date of Birth | Gender | Marital Status | License Status |
|---|---|---|---|---|
| 1. DAWSON |  | Male | Married | Licensed |
| 2. PAULA |  | Female | Married | Licensed |

| Vehicles | Use of Vehicle | Location of Vehicle |
|---|---|---|
| 1. 10 NISSA MURANO S A | Pleasure | SANDY HOOK, CT |
| 2. 09 NISSA MAXIMA S/M | Pleasure | SANDY HOOK, CT |
| 3. 98 TOYOT TACOMA | Pleasure | SANDY HOOK, CT |

If any of the information above is incorrect or has changed, please notify your Travelers representative immediately.

---



**TRAVELERS**

| | | | |
|---|---|---|---|
| Named Insured | DAWSON NEWBERRY | Policy Number | 996057891 203 1 |
| Policy Period | July 9, 2016 to July 9, 2017 | Issued On Date | June 23, 2016 |

## 6. Other Information

**Your Insurer**

THE STANDARD FIRE INSURANCE COMPANY
ONE TOWER SQUARE, HARTFORD, CT 06183

**Policy Coverage Sections and Endorsements That Form a Part of This Policy:**

| | |
|---|---|
| G01CT00 (10-13) | General Provisions Section |
| L01CT01 (08-15) | Liability Coverage Section |
| M01CT01 (08-15) | Medical Payments Coverage Section |
| B01CT01 (08-15) | Uninsured And Underinsured Motorists Coverage Section |
| P01CT01 (08-15) | Damage To Your Auto Coverage Section |
| S01CW01 (10-13) | Signature Page |
| E1MCW01 (10-13) | Extended Transportation Expenses |
| E1OCW02 (01-15) | Glass Deductible |

Issued on 06/23/2016

Countersignature: _____

## FOR YOUR INFORMATION

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

It is important that the information we used to rate your policy is correct.  It is your responsibility to make sure that the information on these Declarations is accurate and complete, including checking that you are receiving all the discounts for which you are eligible.  To see a full list of discounts offered, including discounts for having multiple policies with us or being a good driver, go to www.travelers.com/discounts. Once at the website, type in your policy number 9960578912031 and product code QA2 to view the discounts available. If any of the information on the Declarations has changed, appears incorrect, or is missing, please advise your Travelers agent or representative immediately. Your Travelers agent or representative is also available to review the information on the Declarations with you.

Rental Car Coverage. If you rent a vehicle which qualifies under our policy as a "Non-Owned Auto", we will provide that rented vehicle the broadest Collision and Comprehensive Coverage purchased under the policy; any deductible will be waived.

Effective: 07/09/2016

T01CT01 (08-15)

# CONNECTICUT PERSONAL AUTO POLICY

## YOUR PERSONAL AUTO POLICY QUICK REFERENCE

### DECLARATIONS PAGE
**Your Name and Address**
**Your Auto or Trailer**
**Policy Period**
**Coverages and Amounts of Insurance**

|  | Beginning on Page |
|---|---|
| **GENERAL PROVISIONS SECTION** |  |
| **AGREEMENT** | GP-1 |
| **GENERAL DEFINITIONS** | GP-1 |
| **DUTIES AFTER AN ACCIDENT OR LOSS** | GP-2 |
| **GENERAL CONDITIONS** | GP-3 |
| Bankruptcy | GP-3 |
| Changes | GP-3 |
| Fraud | GP-3 |
| Legal Action Against Us | GP-3 |
| Our Right To Recover Payment | GP-4 |
| Policy Period And Territory | GP-4 |
| Transfer Of Your Interest In This Policy | GP-4 |
| Two Or More Policies Issued To You | GP-4 |
| Termination | GP-5 |
| **LIABILITY COVERAGE SECTION** |  |
| **Coverage A — Bodily Injury** |  |
| **Coverage B — Property Damage** |  |
| Insuring Agreement | L-1 |
| Supplementary Payments | L-1 |
| Exclusions | L-1 |
| Limit Of Liability | L-3 |
| Out Of State Coverage | L-3 |
| Financial Responsibility | L-3 |
| Other Insurance | L-3 |
| **MEDICAL PAYMENTS COVERAGE SECTION** |  |
| **Coverage C — Medical Payments** |  |
| Insuring Agreement | MP-1 |
| Exclusions | MP-1 |
| Limit Of Liability | MP-2 |
| Other Insurance | MP-2 |
| **UNINSURED AND UNDERINSURED MOTORISTS COVERAGE SECTION** |  |
| **Coverage D1 — Uninsured Motorists And Underinsured Motorists Bodily Injury** |  |
| Insuring Agreement | UIM-1 |
| Exclusions | UIM-1 |
| Limit Of Liability | UIM-2 |

© The Travelers Indemnity Company. All rights reserved.

Other Insurance ................................................................................................ UIM-3
Arbitration ......................................................................................................... UIM-3

# DAMAGE TO YOUR AUTO COVERAGE SECTION
## Coverage E – Collision
## Coverage F – Comprehensive
## Coverage G – Custom Equipment – Increased Limit

INSURING AGREEMENT .................................................................................. PD-1
ADDITIONAL COVERAGES
    A. Airbag Replacement ................................................................................ PD-2
    B. Child Safety Seat .................................................................................... PD-2
    C. Custom Equipment ................................................................................. PD-2
    D. Transportation Expenses ....................................................................... PD-2
OPTIONAL COVERAGE
    Coverage G – Custom Equipment – Increased Limit ................................ PD-2
EXCLUSIONS ................................................................................................... PD-3
LIMIT OF LIABILITY ......................................................................................... PD-4
PAYMENT OF LOSS ........................................................................................ PD-4
NO BENEFIT TO BAILEE ................................................................................. PD-4
OTHER SOURCES OF RECOVERY ................................................................. PD-4
APPRAISAL ...................................................................................................... PD-5
LOSS PAYABLE CLAUSE ............................................................................... PD-5

SIGNATURE PAGE .......................................................................................... S-1

© The Travelers Indemnity Company. All rights reserved.

G01CT00 (10-13)

## CONNECTICUT PERSONAL AUTO POLICY

**Travelers Companies**
Hartford, Connecticut
(Each a Stock Insurance Company)

## GENERAL PROVISIONS SECTION

**Unless otherwise stated, the provisions in this General Provisions Section apply to all Coverage Sections and endorsements of this policy.**

## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we will provide the coverages you have selected. These are shown by premium entries in the Declarations. The Declarations is a part of this policy.

## GENERAL DEFINITIONS

Throughout this policy:

A. "You" and "your" refer to:
1. The "named insured" shown in the Declarations; and
2. The spouse if a resident of the same household.
   The term spouse includes, if a resident of the same household:
   a. The civil partner of the "named insured", provided such civil union was obtained in a state where a civil union is legally recognized; or
   b. The "domestic partner" of the "named insured".

   If the spouse ceases to be a resident of the same household during the policy period or prior to the inception of this policy, the spouse will be considered "you" and "your" under this policy but only until the earlier of:
   a. The end of 90 days following the spouse's change of residency;
   b. The effective date of another policy listing the spouse as a named insured; or
   c. The end of the policy period.

B. "We", "us" and "our" refer to the member company of Travelers providing this insurance and shown as the insurer in Item 6 of the Declarations.

C. We consider a private passenger auto, sport utility vehicle, pickup or van to be owned by a person if leased:
1. Under a written agreement to that person; and
2. For a continuous period of at least 6 months.

D. "Minimum limits" refers to the following limits of liability as required by Connecticut law, to be provided under a policy of automobile liability insurance:
1. $20,000 for each person, subject to $40,000 for each accident with respect to "bodily injury"; and
2. $10,000 for each accident with respect to "property damage".

Other words and phrases are defined. They are in quotation marks when used.

E. "Bodily injury" means bodily harm, sickness or disease, including death that results.

F. "Business" includes trade, profession or occupation.

G. "Domestic partner" means a person who is in a continuing spouse-like relationship with a named insured for the purpose of a domestic life. Both persons must be 18 years of age or older and may not be related to each other by blood. Neither may be married to another person, or be a "domestic partner" or partner by civil union of any other person.

H. "Newly acquired auto":
1. "Newly acquired auto" means any of the following types of vehicles of which you become the owner during the policy period:
   a. A private passenger auto or sport utility vehicle; or
   b. A pickup or van, for which no other insurance policy provides coverage, that:
      (1) Has a Gross Vehicle Weight Rating of 10,000 lbs. or less; and

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(2) Is not used for the delivery or transportation of goods and materials unless such use is:

    (a) Incidental to your "business" of installing, maintaining or repairing furnishings and equipment; or

    (b) For farming or ranching.

2. Coverage for a "newly acquired auto" is provided as described in 3.a. and 3.b. below. If you ask us to insure a "newly acquired auto" after a specified time period described below has elapsed, any coverage we provide for that "newly acquired auto" will begin at the time you request the coverage and you will not have coverage for the elapsed period of time.

3. Coverage for a "newly acquired auto" depends on whether the vehicle is in addition to or replaces a vehicle shown in the Declarations.

    a. A "newly acquired auto" which is in addition to any vehicle shown in the Declarations will have the broadest coverage we provide for any vehicle shown in the Declarations. Coverage begins on the date you become the owner. However, for coverage to apply you must ask us to insure it within 30 days after you become the owner.

    b. If a "newly acquired auto" replaces a vehicle shown in the Declarations, it will have the same coverage as the vehicle it replaced without your having to ask us to insure it. However, you must ask us to insure a replacement vehicle within 30 days if:

       (1) You wish to add or continue any coverage provided in the Damage To Your Auto Coverage Section; or

(2) It is a pickup or van used in any "business" other than farming or ranching.

I. "Occupying" means:
1. In;
2. Upon; or
3. Getting in, on, out or off.

J. "Property damage" means physical injury to, destruction of or loss of use of tangible property.

K. "Resident relative" means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child. Your unmarried dependent children, wards, and foster children while temporarily away from home will be considered residents if they intend to resume residing in your household.

L. "Trailer" means a vehicle designed to be pulled by a:
1. Private passenger auto or sport utility vehicle; or
2. Pickup or van.
It also means a farm wagon or farm implement while towed by a vehicle listed in 1. or 2. above.

M. "Your covered auto" means:
1. Any vehicle shown in the Declarations.
2. A "newly acquired auto".
3. Any "trailer" you own.
4. Any private passenger auto, sport utility vehicle, pickup, van or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:
    a. Breakdown;
    b. Repair;
    c. Servicing;
    d. Loss; or
    e. Destruction.
This provision (M.4.) does not apply to the Damage To Your Auto Coverage Section.

## DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

A. We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

B. A person seeking any coverage must:
1. Cooperate with us in the investigation, settlement or defense of any claim or suit.
2. Promptly send us copies of any notices or legal papers received in connection with the accident or loss.
3. Submit, as often as we reasonably require:

    a. To physical exams by physicians we select. We will pay for these exams.
    b. To examination under oath and subscribe the same. We may require such exam under oath:
       (1) From other persons insured under this policy (including a "resident relative").
       (2) Be done separately and outside the presence of any witnesses or persons insured or seeking benefits under this policy.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

4. Authorize us to obtain:
   a. Medical reports; and
   b. Other pertinent records.
5. Submit a proof of loss when required by us.

**Additional Duties For Uninsured And Underinsured Motorists Coverage; and Additional Duties For Uninsured Motorists Coverage And Underinsured Motorists Conversion Coverage**

If Coverage D1 – Uninsured And Underinsured Motorists Coverage Bodily Injury; or if Coverage D1 – UM Coverage And UIM Conversion Coverage Bodily Injury is shown in the Declarations, a person seeking coverage must also promptly:
A. Notify the police if a hit-and-run driver is involved.
B. Send us copies of the legal papers if a suit is brought.

**Additional Duties For Collision And Comprehensive Coverages**

If Coverage E – Collision or Coverage F – Comprehensive is shown in the Declarations, a person seeking coverage must also:

A. Take reasonable steps after loss to protect "your covered auto" or any "non-owned auto" and their equipment from further loss. We will pay reasonable expenses incurred to do this.
B. Promptly notify the police if "your covered auto" or any "non-owned auto" is stolen.
C. Permit us to inspect and appraise the damaged property before its repair or disposal.

**Additional Duties For Reparations Benefits Coverage**

A person seeking Reparations Benefits Coverage must:
A. Give us authorization to enable us to obtain:
   1. Medical reports;
   2. Copies of records; and
   3. Statement of earnings.
B. Furnish us with reasonable medical proof of that person's inability to work.
C. Promptly send us copies of the legal papers if an "insured" takes legal action to recover damages for "bodily injury" against a person or organization who may be legally liable.

## GENERAL CONDITIONS

**Bankruptcy**

Bankruptcy or insolvency of the "insured" will not relieve us of any obligations under this policy.

**Changes**

A. This policy contains all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.
B. If there is a change to the information used to develop the policy premium, we may adjust your premium. Changes during the policy term that may result in a premium increase or decrease include, but are not limited to, changes in:
   1. The number, type or use of insured vehicles;
   2. Operators using insured vehicles;
   3. The place of principal garaging of insured vehicles; or
   4. Coverage, deductible or limits.
   If a change resulting from A. or B. above requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.
C. If we make a change which broadens coverage under this edition of your policy without additional premium charge, that change will automatically apply to your policy as of the date we implement the change in your state. This paragraph (C.) does not apply to changes implemented

with a general policy revision that includes both broadenings and restrictions in coverage, whether that general policy revision is implemented through introduction of:
1. A subsequent edition of your policy or any of its Coverage Sections; or
2. An amendatory endorsement.

**Fraud**

We do not provide coverage for any person under this policy who has made fraudulent statements or engaged in fraudulent conduct in connection with any accident or loss for which coverage is sought under this policy.

**Legal Action Against Us**

A. No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under the Liability Coverage Section, no legal action may be brought against us until:
   1. We agree in writing that the "insured" has an obligation to pay; or
   2. The amount of that obligation has been finally determined by judgment after trial.
B. No person or organization has any right under this policy to bring us into any action to determine the liability of an "insured".

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

C. No claim may be made against us under:
1. Uninsured Motorists And Underinsured Motorists Coverage; or
2. Uninsured Motorists Coverage And Underinsured Motorists Conversion Coverage

unless we are given written notice of the claim within three years of the date of the accident.

However, with respect to the coverage provided under the definition of "underinsured motor vehicle", the "insured" may stop the running of the three year period by:
1. Notifying us prior to the expiration of the three year period, in writing, of any claim against this coverage; and
2. By commencing suit or demanding arbitration under the terms of this policy not more than 180 days from the date of the exhaustion of the limits of liability under all motor vehicle bodily injury liability bonds or motor vehicle insurance policies applicable at the time of the accident by settlement or final judgment after any appeals.

**Our Right To Recover Payment**

A. If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another we are subrogated to that right. That person must do:
1. Whatever is necessary to enable us to exercise our rights; and
2. Nothing after loss to prejudice them.

However, our rights in this Paragraph (A.):
1. Do not apply under the Damage To Your Auto Coverage Section, against any person using "your covered auto" with a reasonable belief that such person is entitled to do so;
2. Do not apply under Uninsured And Underinsured Motorists Coverage and under Uninsured Motorists Coverage and Underinsured Motorists Conversion Coverage with respect to damages caused by an accident with an "underinsured motor vehicle"; and
3. Apply as follows with respect to damage caused by an accident with an "uninsured motor vehicle" under Uninsured And Underinsured Motorists Coverage; and Uninsured Motorists Coverage And Underinsured Motorists Conversion Coverage:
   a. We may require the insured to hold in trust all rights against third parties.
   b. If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another we may require that person to exercise that person's right to

recover damages against a third party and reimburse us out of any recovery to the extent of our payment.

B. If we make a payment under this policy and the person to or for whom payment is made recovers damages from another, that person must:
1. Hold in trust for us the proceeds of the recovery; and
2. Reimburse us to the extent of our payment.

This provision does not apply to:
1. Medical Payments Coverage; or
2. Reparations Benefits Coverage.

**Policy Period And Territory**

A. This policy applies only to accidents and losses which occur:
1. During the policy period shown in the Declarations; and
2. Within the policy territory.

B. The policy territory is:
1. The United States of America, its territories or possessions;
2. Puerto Rico; or
3. Canada.

This policy also applies to loss to, or accidents involving, "your covered auto" while being transported between their ports.

**Transfer Of Your Interest In This Policy**

A. Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:
1. The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations; and
2. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use "your covered auto".

B. Coverage will only be provided until the end of the policy period.

**Two Or More Policies Issued To You**

If this policy and any other auto insurance policy issued to you by us or any of our personal insurance affiliates apply to the same accident, the maximum limit of our liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## Termination

A. Cancellation

This policy may be cancelled during the policy period as follows:

1. The named insured shown in the Declarations may cancel by:
   a. Returning this policy to us; or
   b. Giving us advance written notice of the date cancellation is to take effect.

   We may accept another form of notice from the named insured. If there is more than one person shown as named insured in the Declarations, any named insured may cancel this policy. The cancellation by one named insured will be binding on any other named insured.

2. We may cancel by mailing to the named insured shown in the Declarations at the address shown in this policy:
   a. At least 15 days notice if cancellation is for nonpayment of premium;
   b. At least 10 days notice if cancellation is due to material misrepresentation and notice is mailed during the first 60 days this policy is in effect, and this is not a renewal or continuation; or
   c. At least 45 days notice in all other cases.

3. After this policy is in effect for 60 days, or if this is a renewal or continuation policy, we will cancel only:
   a. For nonpayment of premium; or
   b. If your driver's license or that of:
      (1) Any driver who lives with you; or
      (2) Any driver who customarily uses "your covered auto";
      has been revoked.

      This must have occurred:
      (1) During the policy period; or
      (2) Since the last anniversary of the original effective date if the policy period is other than 1 year.

4. Nonpayment of premium means the failure to pay any premium or premium installment or any other financial obligation when due.

B. Nonrenewal

We have the right to not renew or continue this policy at the end of the policy period shown in the Declarations. If we decide not to renew or continue this policy, we will mail notice to the named insured shown in the Declarations at the address shown in this policy. Notice will be mailed at least 60 days before the end of the policy period.

C. Automatic Termination

1. If we offer to renew or continue your policy for another policy period and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due means that you have not accepted our offer.

2. If you obtain other insurance on "your covered auto", any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

D. Other Termination Provisions

1. If the law in effect in your state at the time this policy is issued or continued:
   a. Requires a longer notice period;
   b. Requires a special form of or procedure for giving notice; or
   c. Modifies any of the stated termination reasons;
   we will comply with those requirements.

2. We may deliver any notice instead of mailing it. Proof of mailing of any notice will be sufficient proof of notice.

3. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

4. The effective date of cancellation stated in the notice will become the end of the policy period.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

L01CT01 (08-15)

## LIABILITY COVERAGE SECTION
### Coverage A – Bodily Injury
### Coverage B – Property Damage

**Insuring Agreement**

A. We will pay damages for "bodily injury" or "property damage" for which any "insured" becomes legally responsible because of an auto accident.

We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for these coverages has been exhausted by payment of judgments or settlements.

We have no duty to defend any suit or settle any claim for "bodily injury" or "property damage" not covered under this policy.

B. "Insured" as used in this Coverage Section means:
1. You or any "resident relative" for the ownership, maintenance or use of any auto or "trailer".
2. Any person using "your covered auto".
3. For "your covered auto", any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under this Coverage Section.
4. For any auto or "trailer", other than "your covered auto", any other person or organization but only with respect to legal responsibility for acts or omissions of you or any "resident relative" for whom coverage is afforded under this Coverage Section. This provision (4.) applies only if the person or organization does not own or hire the auto or "trailer".

"Insured" does not include:
1. The United States of America or any of its agencies.
2. Any person with respect to "bodily injury" or "property damage" resulting from the operation of an auto by that person as an employee of the United States Government. This applies only if the provisions of Section 2679 of Title 28, United States Code as amended, require the Attorney General of the United States to defend that person in any civil action which may be brought for the "bodily injury" or "property damage".

**Supplementary Payments**

In addition to our limit of liability, we will pay on behalf of an "insured":
1. Up to $250 for the cost of all bail bonds required because of an accident or traffic law violation.
2. Premiums on appeal bonds and bonds to release attachments in any suit we defend.
3. Interest accruing after a judgment is entered in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for these coverages.
4. Up to $250 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.
5. Other reasonable expenses incurred at our request.
6. Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we make an offer to pay our limit of liability, we will not pay any prejudgment interest based on that period of time after the offer.

In addition to our limit of liability, we will:
1. Arrange upon your request, for the issuance of a bond to release an attachment. However, the amount of the bond will not be greater than the limits of liability for Liability Coverage.
2. Pay all expenses incurred by an "insured" for first aid to others at the time of the accident.

**Exclusions**

A. We do not provide Liability Coverage for any "insured":
1. Who intentionally causes "bodily injury" or "property damage".
2. For "property damage" to property owned or being transported by that "insured".
3. For "property damage" to property:
   a. Rented to;
   b. Used by; or
   c. In the care of;
   that "insured".
   This Exclusion (A.3.) does not apply to "property damage" to:
   a. A residence or private garage; or
   b. Any motor vehicle loaned to you, with or without consideration, by a person, firm or corporation engaged in the "business" of selling, repairing, or servicing motor vehi-

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

cles while such vehicle is being used by any "insured":

(1) For demonstration purposes; or

(2) As a temporary substitute for any vehicle you own which is out of normal use because of its breakdown, repair, or servicing.

4. For "bodily injury" to an employee of that "insured" during the course of employment. This Exclusion (A.4.) does not apply to "bodily injury" to a domestic employee unless workers' compensation benefits are required or available for that domestic employee.

5. For that "insured's" liability arising out of the ownership or operation of a vehicle while it is being used, or during the period of time it is available for hire, as a public or livery conveyance. This Exclusion (A.5.) applies whether or not there is:

a. A passenger "occupying" the vehicle; or

b. Property being transported for a fee in or upon the vehicle.

This Exclusion (A.5.) does not apply to a vehicle used for a:

a. Share-the-expense car pool;

b. Charitable purpose; or

c. Volunteer purpose.

6. While employed or otherwise engaged in the "business" of:

a. Selling;

b. Repairing;

c. Servicing;

d. Storing; or

e. Parking;

vehicles designed for use mainly on public highways. This includes road testing and delivery. This Exclusion (A.6.) does not apply to the ownership, maintenance or use of "your covered auto" by:

a. You;

b. Any "resident relative"; or

c. Any partner, agent or employee of you or any "resident relative".

7. Maintaining or using any vehicle while that "insured" is employed or otherwise engaged in any "business" (other than farming or ranching) not described in Exclusion A.6.

This Exclusion (A.7.) does not apply to the maintenance or use of a:

a. Private passenger auto or sport utility vehicle;

b. Pickup or van with a Gross Vehicle Weight Rating of 10,000 lbs. or less; or

c. "Trailer" used with a vehicle described in a. or b. above.

8. Using a vehicle without a reasonable belief that such "insured" is entitled to do so. This Exclusion (A.8.) does not apply to a "resident

relative" using "your covered auto" which is owned by you.

9. For "bodily injury" or "property damage" for which that "insured":

a. Is an insured under a nuclear energy liability policy; or

b. Would be an insured under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.

A nuclear energy liability policy is a policy issued by any of the following or their successors:

a. Nuclear Energy Liability Insurance Association;

b. Mutual Atomic Energy Liability Underwriters; or

c. Nuclear Insurance Association of Canada.

B. We do not provide Liability Coverage for the ownership, maintenance or use of:

1. Any vehicle which:

a. Has fewer than four wheels; or

b. Is designed mainly for use off public roads.

This Exclusion (B.1.) does not apply:

a. While such vehicle is being used by an "insured" in a medical emergency;

b. To any "trailer"; or

c. To any non-owned golf cart.

2. Any vehicle, other than "your covered auto", which is:

a. Owned by you; or

b. Furnished or available for your regular use.

3. Any vehicle, other than "your covered auto", which is:

a. Owned by any "resident relative"; or

b. Furnished or available for the regular use of any "resident relative".

However, this Exclusion (B.3.) does not apply to you while you are maintaining or "occupying" any vehicle which is:

a. Owned by a "resident relative"; or

b. Furnished or available for the regular use of a "resident relative".

4. Any vehicle while participating or competing in, or practicing or preparing for, any prearranged or organized:

a. Racing contest, meet or rally, whether against another vehicle or against time;

b. Demolition contest;

c. Stunting activity; or

d. High performance driving or racing instruction course or school.

This Exclusion (B.4.) applies only while the vehicle is at a location, whether temporary or permanent, established for any of the activities listed above.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

5. "Your covered auto" during a period it is rented or leased to others. However, this Exclusion (B.5.) does not apply to the operation of "your covered auto" by you or a "resident relative".

## Limit Of Liability

A. Split Limits

If the Declarations shows separate limits of liability for Coverage A and Coverage B:

The limit of liability shown in the Declarations for each person for Coverage A is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one auto accident.

Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Coverage A is our maximum limit of liability for all damages for "bodily injury" resulting from any one auto accident.

The limit of liability shown in the Declarations for each accident for Coverage B is our maximum limit of liability for all "property damage" resulting from any one auto accident.

These limits are the most we will pay regardless of the number of:

1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the auto accident.

B. Single Limit

1. If the Declarations shows a single limit of liability for Coverage A and Coverage B combined:

The limit of liability shown is our maximum limit of liability for all damages arising out of "bodily injury" and "property damage" resulting from any one auto accident.

This is the most we will pay regardless of the number of:

a. "Insureds";
b. Claims made;
c. Vehicles or premiums shown in the Declarations; or
d. Vehicles involved in the auto accident.

2. We will apply the limit of liability to provide any separate minimum limits required by law for bodily injury and property damage liability.

However, this provision will not change our total limit of liability.

C. No one will be entitled to receive duplicate payments for the same elements of loss under this Coverage Section and:

1. Any other Coverage Section or part of this policy; or
2. Any other personal auto policy issued to you by us or any of our affiliates.

## Out Of State Coverage

If an auto accident to which this policy applies occurs in any state or province other than the one in which "your covered auto" is principally garaged, we will interpret your policy for that accident as follows:

A. If the state or province has:

1. A financial responsibility or similar law specifying limits of liability for "bodily injury" or "property damage" higher than the limit shown in the Declarations, this policy will provide the higher specified limit.
2. A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, this policy will provide at least the required minimum amounts and types of coverage.

B. No one will be entitled to duplicate payments for the same elements of loss.

## Financial Responsibility

When this policy is certified as future proof of financial responsibility, this policy will comply with the law to the extent required.

## Other Insurance

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide for a vehicle you do not own, will be excess over any other collectible insurance unless it is a vehicle insured under a policy affording coverage to a named insured engaged in the "business" of selling or repairing motor vehicles. If this occurs and the accident arises out of the operation of such vehicle by you or a "resident relative" who is neither the person engaged in such "business" nor such person's employee or agent, we will provide primary insurance.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

M01CT01 (08-15)

## MEDICAL PAYMENTS COVERAGE SECTION
## Coverage C – Medical Payments

### Insuring Agreement

A. We will pay the usual and customary charge for reasonable expenses incurred for necessary medical and funeral services because of "bodily injury":
   1. Caused by an accident; and
   2. Sustained by an "insured".

We will pay only those expenses incurred for services rendered within 3 years from the date of the accident.

We have the right to review expenses incurred to determine if they are reasonable and necessary, and not in excess of the usual and customary charge for services. We may use any or all of the following sources to decide if any medical expense is usual and customary, reasonable, necessary and caused by an accident. These sources may include:
   1. Our review of medical records and test results, or review by persons or services chosen by us;
   2. Published or public sources of medical expense information;
   3. Computer programs for analysis of medical treatment and expenses; and
   4. Exams by physicians we select.

B. "Insured" as used in this Coverage Section means:
   1. You or any "resident relative":
      a. While "occupying"; or
      b. As a pedestrian when struck by;
      a motor vehicle designed for use mainly on public roads or a trailer of any type.
   2. Any other person while "occupying":
      a. "Your covered auto"; or
      b. A motor vehicle that you do not own while being operated by you or a "resident relative".

### Exclusions

We do not provide Medical Payments Coverage for any "insured" for "bodily injury":
1. Sustained while "occupying" any motor vehicle having fewer than four wheels.
2. Sustained while "occupying" "your covered auto" when it is being used, or during the period of time it is available for hire, as a public or livery conveyance. This Exclusion (2.) applies whether or not there is:

a. A passenger "occupying" the vehicle; or
b. Property being transported for a fee in or upon the vehicle.
This Exclusion (2.) does not apply to a vehicle used for a:
a. Share-the-expense car pool;
b. Charitable purpose; or
c. Volunteer purpose.
3. Sustained while "occupying" any vehicle located for use as a residence or premises.
4. Occurring during the course of employment if workers' compensation benefits are required or available for the "bodily injury".
5. Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:
   a. Owned by you; or
   b. Furnished or available for your regular use.
6. Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:
   a. Owned by any "resident relative"; or
   b. Furnished or available for the regular use of any "resident relative".
   However, this Exclusion (6.) does not apply to you.
7. Sustained while "occupying" a vehicle without a reasonable belief that such "insured" is entitled to do so. This Exclusion (7.) does not apply to a "resident relative" using "your covered auto" which is owned by you.
8. Sustained while "occupying" a vehicle when it is being used in the "business" of an "insured". This Exclusion (8.) does not apply to "bodily injury" sustained while "occupying" a:
   a. Private passenger auto or sport utility vehicle;
   b. Pickup or van, other than "your covered auto", with a Gross Vehicle Weight Rating of 10,000 lbs. or less; or
   c. "Trailer" used with a vehicle described in a. or b. above.
9. Caused by or as a consequence of:
   a. Discharge of a nuclear weapon (even if accidental);
   b. War (declared or undeclared);
   c. Civil war;
   d. Insurrection; or
   e. Rebellion or revolution.
10. From or as a consequence of the following, whether controlled or uncontrolled or however caused:
   a. Nuclear reaction;
   b. Radiation; or

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

c.   Radioactive contamination.
11. Sustained while "occupying" any vehicle while participating or competing in, or practicing or preparing for, any prearranged or organized:
   a.   Racing contest, meet or rally, whether against another vehicle or against time;
   b.   Demolition contest;
   c.   Stunting activity; or
   d.   High performance driving or racing instruction course or school.

   This Exclusion (11.) applies only while the vehicle is at a location, whether temporary or permanent, established for any of the activities listed above.
12. Sustained while "occupying" "your covered auto" during a period it is rented or leased by you to others. However, this Exclusion (12.) does not apply to you or a "resident relative".

**Limit Of Liability**

A.   The limit of liability shown in the Declarations for Coverage C is our maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:
   1.   "Insureds";
   2.   Claims made;
   3.   Vehicles or premiums shown in the Declarations; or
   4.   Vehicles involved in the auto accident.
B.   No one will be entitled to receive duplicate payments for the same elements of loss under this Coverage Section and:
   1.   Any other Coverage Section or part of this policy; or
   2.   Any other personal auto policy issued to you by us or any of our affiliates.

**Other Insurance**

If there is other applicable auto medical payments insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own, including any vehicle while used as a temporary substitute for "your covered auto", will be excess over any other collectible auto insurance providing payments for medical or funeral expenses.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

B01CT01 (08-15)

## UNINSURED AND UNDERINSURED MOTORISTS COVERAGE SECTION
### Coverage D1 – Uninsured And Underinsured Motorists Bodily Injury

**Insuring Agreement**

A. We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" or "underinsured motor vehicle" because of "bodily injury":

1. Sustained by an "insured"; and
2. Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured motor vehicle" or "underinsured motor vehicle".

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

We will pay under this coverage only after the limits of liability under any applicable bodily injury liability bonds or policies have been exhausted   by payments of judgments or settlements.

B. "Insured" as used in this Coverage Section means:

1. You or any "resident relative".
2. Any other person "occupying" "your covered auto".
3. Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in 1. or 2. above.

C. "Uninsured motor vehicle" means a land motor vehicle or trailer of any type:

1. To which no bodily injury liability bond or policy applies at the time of the accident.
2. Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits, or which causes an accident resulting in "bodily injury" without hitting:
   a. You or any "resident relative";
   b. A vehicle which you or any "resident relative" is "occupying"; or
   c. "Your covered auto".

If there is no physical contact with the vehicle causing the accident the "insured" must prove by a fair preponderance of the evidence that the injuries resulted from the negligence of an unidentified motorist; and the accident must be reported to the police by the "insured" or someone on behalf of the "insured" as soon as possible after the accident.

3. To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:
   a. Denies coverage; or
   b. Is or becomes insolvent.

However, "uninsured motor vehicle" does not include any vehicle or equipment:

1. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.
2. Owned by or furnished or available for your regular use unless you or any "resident relative" sustains damages when struck as a pedestrian by a vehicle shown in the Declarations during the theft of such vehicle.

D. "Underinsured motor vehicle" means a land motor vehicle or trailer of any type for which the sum of the limits of liability under all bodily injury liability bonds or policies applicable at the time of the accident is less than the limit of liability for this coverage under this policy.

However, "underinsured motor vehicle" does not include any vehicle or equipment:

1. To which a liability bond or policy applies at the time of the accident but the bonding or insuring company:
   a. Denies coverage; or
   b. Is or becomes insolvent.
2. Owned or operated by a self-insurer under any applicable motor vehicle law.
3. Owned by or furnished or available for your regular use.

E. In addition neither "uninsured motor vehicle" nor "underinsured motor vehicle" includes any vehicle or equipment:

1. Owned by any governmental unit or agency.
2. Operated on rails or crawler treads.
3. Designed mainly for use off public roads while not on public roads.
4. While located for use as a residence or premises.

**Exclusions**

A. We do not provide Uninsured And Underinsured Motorists Coverage for "bodily injury" sustained:

1. By an "insured" while "occupying", or when struck by, any motor vehicle owned by that "insured" which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

B01CT01 (08-15)

2. By any "resident relative" while "occupying", or when struck by, any motor vehicle you own which is insured for this coverage on a primary basis under any other policy.

B. We do not provide Uninsured And Underinsured Motorists Coverage for "bodily injury" sustained by any "insured":

1. If that "insured" or their legal representative settles the "bodily injury" claim without our consent. However this Exclusion (B.1.) does not apply with respect to damages an insured is legally entitled to recover from the owner or operator of an "underinsured motor vehicle".

2. While "occupying" "your covered auto" when it is being used, or during the period of time it is available for hire, as a public or livery conveyance. This Exclusion (B.2) applies whether or not there is:
   a. A passenger "occupying" the vehicle; or
   b. Property being transported for a fee in or upon the vehicle.
   This Exclusion (B.2.) does not apply to a vehicle used for a:
   a. Share-the-expense car pool;
   b. Charitable purpose; or
   c. Volunteer purpose.

3. Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion (B.3.) does not apply to a "resident relative" using "your covered auto" which is owned by you.

C. This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:
1. Workers' compensation law; or
2. Disability benefits law.

D. We do not provide Uninsured And Underinsured Motorists Coverage for punitive or exemplary damages.

E. We will not pay compensatory damages to the extent that the amounts are or were available to an "insured" under any bodily injury liability bonds or policies applicable to the "underinsured motor vehicle".

**Limit Of Liability**

A. Split Limits
   If the Declarations shows separate limits of liability for Coverage D1 – Uninsured And Underinsured Motorists Bodily Injury:

   The limit of Bodily Injury Liability shown in the Declarations for each person for Coverage D1 – Uninsured And Underinsured Motorists Bodily Injury is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury"

sustained by any one person in any one accident. Subject to this limit for each person, the limit of Bodily Injury Liability shown in the Declarations for each accident for Coverage D1 – Uninsured And Underinsured Motorists Bodily Injury is our maximum limit of liability for all damages for "bodily injury" resulting from any one accident.

This is the most we will pay regardless of the number of:
1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the accident.

B. Single Limit
   If the Declarations shows a single limit of liability for Coverage D1 – Uninsured And Underinsured Motorists Bodily Injury:

   The limit of liability shown in the Declarations for Coverage D1 – Uninsured And Underinsured Motorists Bodily Injury is our maximum limit of liability for all damages resulting from any one accident.

This is the most we will pay regardless of the number of:
1. "Insureds"
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the accident.

C. The limit of liability will be reduced by all sums:
1. Paid to "insureds" because of the "bodily injury" by or on behalf of persons or organizations who may be legally responsible. This includes all sums paid under Coverage A; and
2. Paid or payable because of the "bodily injury" under any workers' compensation law or similar law.

D. No one will be entitled to receive duplicate payments for the same elements of loss under this Coverage Section and:
1. Any other Coverage Section or part of this policy; or
2. Any other personal auto policy issued to you by us or any of our affiliates.

E. We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

F. We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:
1. Workers' compensation law; or

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

B01CT01 (08-15)

2.  Disability benefits law.

**Other Insurance**

If there is other applicable similar insurance available under one or more policies or provisions of coverage:

A.  Any recovery for damages under all such policies or provisions of coverage may equal but not exceed the highest applicable limit for any one vehicle under any insurance providing coverage on a primary, secondary or excess basis.

B.  Subject to Paragraph A. above, with respect to "bodily injury" to an "insured":

1.  While "occupying" a vehicle owned by that "insured", only the Uninsured or Underinsured Motorists Coverage applicable to that vehicle will apply, and no other policies or provisions of coverage will apply.

2.  While "occupying" a vehicle not owned by that "insured", or while not "occupying" any vehicle, the following priorities of recovery apply:

FIRST      The Uninsured or Underinsured Motorists Coverage applicable to the vehicle the "insured" was "occupying" at the time of the accident.

SECOND   Any policy affording Uninsured or Underinsured Motorists Coverage to the "insured" as a named insured.

THIRD      Any policy affording Uninsured or Underinsured Motorists Coverage to the "insured" as a "resident relative".

C.  With respect to the second and third priorities, we will pay only our share of the loss. Our share is the proportion that our limit bears to the total of all limits applicable on the same level of priority.

**Arbitration**

A.  If we and an "insured" do not agree:
1.  Whether that "insured" is legally entitled to recover damages; or
2.  As to the amount of damages;
the disagreement may be submitted to arbitration, but only if both we and the "insured" agree in writing to arbitrate. Otherwise all disputes will be resolved in a court of competent jurisdiction.

B.  If both parties agree to arbitration and the amount of damages the "insured" demands is $40,000 or less, the matter or matters upon which either party do not agree shall be settled by a single arbitrator. In this event, each party will:

1.  Pay the expenses it incurs; and
2.  Bear the expenses of the arbitrator equally.

C.  If both parties agree to arbitration and the amount of damages the "insured" demands exceeds $40,000, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. In this event, each party will:
1.  Pay the expenses it incurs; and
2.  Bear the expenses of the third arbitrator equally.

D.  Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to procedure and evidence will apply. The arbitrator(s) must follow the rules of substantive law that would apply in the courts of the State of Connecticut. The decision of the arbitrator(s) will be binding as to:
1.  Whether the "insured" is legally entitled to recover damages; and
2.  The amount of damages.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## DAMAGE TO YOUR AUTO COVERAGE SECTION
### Coverage E – Collision
### Coverage F – Comprehensive
### Coverage G – Custom Equipment - Increased Limit

**INSURING AGREEMENT**
**Coverage E – Collision**
**Coverage F – Comprehensive**

A. We will pay for direct and accidental loss to "your covered auto" or any "non-owned auto", including their equipment, minus any applicable deductible shown in the Declarations. We will pay for loss caused by:
1. "Collision" only if the Declarations indicates that Coverage E – Collision is provided for that auto. Under this coverage, we will not pay for losses that are covered under Coverage F – Comprehensive.
2. "Comprehensive" only if the Declarations indicates that Coverage F – Comprehensive is provided for that auto.

If losses to more than one "your covered auto" result from the same "collision", only one deductible amount will apply. If the deductible amount differs for each auto involved in the accident, then only the highest deductible will apply.

We will not subtract any deductible for the amount we will pay for a loss to:
1. Any "non-owned auto" caused by "collision" or "comprehensive".
2. "Your covered auto" caused by "collision" with a vehicle not owned by you or a "resident relative" but insured by us or any of our affiliated companies under a personal auto policy.

If there is a loss to a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

B. As used in this Coverage Section:
1. "Collision" means the upset of "your covered auto" or a "non-owned auto" or their impact with another vehicle or object.
2. "Comprehensive" means loss to "your covered auto" or a "non-owned auto" not caused by "collision". Losses caused by the following are not "collision" losses but are "comprehensive" losses:
   a. Missiles or falling objects;
   b. Fire;
   c. Theft or larceny;
   d. Explosion or earthquake;
   e. Windstorm;
   f. Hail, water or flood;
   g. Malicious mischief or vandalism;
   h. Riot or civil commotion;
   i. Contact with bird or animal; or
   j. Breakage of glass.
   If breakage of glass is caused by a "collision", you may elect to have it considered a loss caused by "collision".
3. "Custom equipment" means any permanently attached or installed:
   a. Furnishings, mechanical or electrical parts, equipment, devices, accessories, murals, graphics, non-standard paint, enhancements or changes that alter the appearance or performance of any private passenger auto, sport utility vehicle, pickup or van; or
   b. Electronic equipment used in any private passenger auto, sport utility vehicle, pickup or van that reproduces, receives or transmits audio, visual or data signals.
   "Custom equipment" does not include:
   a. Vehicle options offered by the original manufacturer specifically for that vehicle model and model year, whether that option is installed with original or non-original parts of like kind and quality;
   b. Equipment installed to make a vehicle handicap accessible; or
   c. A cap, cover or bedliner in or upon a pickup.
4. "Fungi" means any type or form of fungus, including mold or mildew, and any of the following that are produced or released by "fungi":
   a. Mycotoxins;
   b. Spores;
   c. Scents; or
   d. By-products.
5. "Non-owned auto" means:
   a. Any private passenger auto, sport utility vehicle, pickup, van or "trailer" not owned by or furnished or available for the regular use of you or any "resident relative" while in the custody of or being operated by you or any "resident relative"; or

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

b.  Any private passenger auto, sport utility vehicle, pickup, van or "trailer" you do not own while used as a temporary substitute for "your covered auto" which is out of normal use because of its:
   (1) Breakdown;
   (2) Repair;
   (3) Servicing;
   (4) Loss; or
   (5) Destruction.

## ADDITIONAL COVERAGES

Provided there is Coverage E – Collision or Coverage F – Comprehensive, as shown in the Declarations for "your covered auto" the following coverages apply.

### A. Airbag Replacement

Under Coverage F – Comprehensive we will pay to replace or reset an airbag that inflates due to malfunction in "your covered auto". This additional coverage does not apply to a "non-owned auto".

We will only make payment under this additional coverage to the extent the malfunction is not covered by warranty, other service agreement, or any other product recall.

Exclusion 2. of this Coverage Section does not apply to this additional coverage.

No deductible applies to this additional coverage.

### B. Child Safety Seat

In the event of a Coverage E – Collision or Coverage F – Comprehensive covered loss where we determine that a child safety seat's integrity is compromised, we will pay up to $500 to replace with like kind and quality the child safety seat, provided it was in "your covered auto" or a "non-owned auto" at the time of the covered loss.

If a covered loss occurs when the child safety seat is in a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

No deductible applies to this additional coverage.

### C. Custom Equipment

We will pay up to $1,500 for "custom equipment" and any related labor and installation costs as part of a Coverage E – Collision or Coverage F –Comprehensive covered loss. Regardless of the amount of "custom equipment" installed on "your covered auto" or a "non-owned auto", this limit is the most we will pay for all damage and any related labor and installation costs for any one covered loss.

If there is a covered loss to "custom equipment" on a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

Exclusion 4. does not apply to the extent coverage is provided under this additional coverage.

This additional coverage is subject to your deductibles.

### D. Transportation Expenses

Under Coverage F – Comprehensive we will pay for:
1.  Reasonable transportation expenses incurred by you in the event of the total theft of "your covered auto"; or
2.  Loss of use expenses for which you become legally responsible in the event of the total theft of a "non-owned auto".

We will pay up to $30 per day, to a maximum of $900. These limits are the most we will pay for transportation expenses and loss of use expenses.

We will pay only those expenses incurred during the period:
1.  Beginning 48 hours after the theft; and
2.  Ending when "your covered auto" or the "non-owned auto" is returned to use, or we offer to pay for its loss.

No deductible applies to this additional coverage.

## OPTIONAL COVERAGE

### Coverage G – Custom Equipment - Increased Limit

If Coverage G – Custom Equipment - Increased Limit is shown in the Declarations for a specific "your covered auto", ADDITIONAL COVERAGE

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

– Custom Equipment is amended for that "your covered auto" as follows:

The limit shown in the Declarations replaces the $1,500 limit for "custom equipment".

All other provisions and limitations applicable to ADDITIONAL COVERAGE – Custom Equipment apply.

## EXCLUSIONS

The following exclusions apply to this DAMAGE TO YOUR AUTO COVERAGE SECTION. We will not pay for:

1. Loss to "your covered auto" or any "non-owned auto" which occurs while it is being used, or during the period of time it is available for hire, as a public or livery conveyance. This Exclusion (1.) applies whether or not there is:
   a. A passenger "occupying" the vehicle; or
   b. Property being transported for a fee in or upon the vehicle.
   This Exclusion (1.) does not apply to a vehicle used for a:
   a. Share-the-expense car pool;
   b. Charitable purpose; or
   c. Volunteer purpose.
2. Damage due and confined to:
   a. Wear and tear;
   b. Freezing;
   c. Mechanical or electrical breakdown or failure; or
   d. Road damage to tires.
   This Exclusion (2.) does not apply if the damage results from the total theft of "your covered auto" or any "non-owned auto".
3. Loss due to or as a consequence of:
   a. Radioactive contamination;
   b. Discharge of any nuclear weapon (even if accidental);
   c. War (declared or undeclared);
   d. Civil war;
   e. Insurrection; or
   f. Rebellion or revolution.
4. Loss to "custom equipment".
5. Loss to any electronic equipment that reproduces, receives, or transmits audio, visual or data signals. This includes:
   a. Radios and stereos;
   b. Tape decks;
   c. Compact disk systems;
   d. Navigation systems;
   e. Internet access systems;
   f. Personal computers;
   g. Video entertainment systems;
   h. Telephones;
   i. Televisions;

j. Two-way mobile radios;
k. Scanners; or
l. Citizens band radios.
This Exclusion (5.) does not apply to electronic equipment that is permanently installed in "your covered auto" or any "non-owned auto".
6. Loss to tapes, discs, chips, memory cards or any other removable media used to store audio, visual or other data. We also will not pay for loss of or reconstruction of data contained in such devices.
7. Loss to equipment used for the detection or location of, or interference with, speed measuring devices.
8. Loss due to actual or perceived loss in market value or resale value.
9. Loss to "your covered auto" or any "non-owned auto" due to confiscation by governmental or civil authorities. This Exclusion (9.) does not apply to the interests of any loss payee shown in the Declarations for that "your covered auto".
10. Loss to "your covered auto" or any "non-owned auto" which occurs while participating or competing in, or practicing or preparing for any pre-arranged or organized:
    a. Racing contest, meet or rally, whether against another vehicle or against time;
    b. Demolition contest;
    c. Stunting activity; or
    d. High performance driving or racing instruction course or school.
    This Exclusion (10.) applies only while the vehicle is at a location, whether temporary or permanent, established for any of the above purposes.
11. Loss to any "non-owned auto" when used by you or any "resident relative" without a reasonable belief that you or that "resident relative" are entitled to do so.
12. Loss to any "non-owned auto" while being maintained or used by any person while employed or otherwise engaged in the "business" of:
    a. Selling;
    b. Repairing;
    c. Servicing;
    d. Storing; or
    e. Parking;
    vehicles designed for use on public highways. This includes road testing and delivery.
13. Loss to any "non-owned auto" being maintained or used by any person while employed or otherwise engaged in a "business" not described in Exclusion 12. This Exclusion (13.) does not apply to the maintenance or use by you or any "resident relative" of a "non-owned auto" which is a private passenger auto, sport utility vehicle or "trailer".

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

14. Loss to:
    a.  A "trailer", camper body or motor home which is not shown in the Declarations; or
    b.  Facilities or equipment used with any "trailer", camper body or motor home. Facilities or equipment include but are not limited to:
        (1)  Cooking, dining, plumbing or refrigeration facilities;
        (2)  Awnings or cabanas; or
        (3)  Any other facilities or equipment used with a "trailer", camper body or motor home.
This Exclusion (14.) does not apply to:
    a.  A "trailer", and its facilities or equipment, that you do not own; or
    b.  A "trailer", camper body, or the facilities or equipment in or attached to the "trailer" or camper body, that you:
        (1)  Acquire during the policy period; and
        (2)  Ask us to insure within 30 days after you become the owner.
15. Loss to "your covered auto" during a period it is rented or leased by you to others. However, this Exclusion (15.) does not apply to the operation of "your covered auto" by you or a "resident relative".
16. Loss to, or loss of use of, a "non-owned auto" rented to:
    a.  You; or
    b.  Any "resident relative";
if a rental vehicle company is precluded from recovering such loss or loss of use, from you or that "resident relative", pursuant to the provisions of any applicable rental agreement or state law.
17. Loss to "your covered auto" or any "non-owned auto" arising out of the actual, alleged or threatened presence, growth or proliferation or spread of "fungi", or for any testing or remediation of "fungi". This Exclusion (17.) does not apply if the "fungi" are the direct result of a loss payable under either Coverage E – Collision or Coverage F – Comprehensive, and such coverage is provided under this policy.
18. The cost to re-code or replace locks in the event a key or electronic control pad associated with such locks is lost or stolen.

**LIMIT OF LIABILITY**

A. Our limit of liability for loss will be the lesser of the:
    1.  Actual cash value of the stolen or damaged property at the time of loss. An adjustment for depreciation and physical condition will be made in determining actual cash value; or

    2.  Amount necessary to repair or replace stolen or damaged parts or equipment of the functionally equivalent design and material necessary to restore the vehicle to its pre-loss physical condition at the time of loss. If we pay to replace a part or parts , we have the option to pay for new, used, reconditioned or remanufactured:
        a.  Original equipment manufacturer replacement parts or equipment; or
        b.  Non-original equipment manufacturer replacement parts or equipment.
However, the most we will pay for loss to any "non-owned auto" which is a "trailer", including its facilities and equipment, is $2,000.
B. If a repair or replacement results in better than like kind and quality, we will not pay for the amount of the betterment.
C. No one will be entitled to receive duplicate payments for the same elements of loss under this Coverage Section and:
    1.  Any other Coverage Section or part of this policy; or
    2.  Any other personal auto policy issued to you by us or any of our affiliates.

**PAYMENT OF LOSS**

We may pay for loss in money or repair or replace the damaged or stolen property. We may, at our expense, return any stolen property to:
1.  You; or
2.  The address shown in this policy.

If we return stolen property we will pay for any damage resulting from the theft. We may keep all or part of the property at an agreed or appraised value.

If we pay for loss in money, our payment will include the applicable sales tax for the damaged or stolen property.

Subject to the Loss Payable Clause, we may, at our option, make payment to one or more of the following:
1.  You;
2.  The owner; or
3.  On your behalf, the repairer.

**NO BENEFIT TO BAILEE**

This insurance will not directly or indirectly benefit any carrier or other bailee for hire.

**OTHER SOURCES OF RECOVERY**

If other sources of recovery also cover the loss to "your covered auto", we will pay only our share of

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits.

However, any insurance we provide with respect to a "non-owned auto" will be excess over any other collectible sources of recovery including, but not limited to:
1. Any coverage provided by the owner of the "non-owned auto";
2. Any other applicable physical damage insurance;
3. Any other source of recovery applicable to the loss.

## APPRAISAL

A. If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will select a competent and impartial appraiser within 20 days after receiving the written request from the other. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:
1. Pay its chosen appraiser; and
2. Bear the expenses of the appraisal and umpire equally.

B. We do not waive any of our rights under this policy by agreeing to an appraisal.

## LOSS PAYABLE CLAUSE

Loss or damage under this policy shall be paid, as interest may appear, to you and the loss payee shown in the Declarations. This insurance with respect to the interest of the loss payee, shall not become invalid because of your fraudulent acts or omissions unless the loss results from your conversion, secretion or embezzlement of "your covered auto". However, we reserve the right to cancel the policy as permitted by policy terms and the cancellation will terminate this agreement as to the loss payee's interest. We will mail the loss payee written notice at least 10 days before the effective date of cancellation.

When we pay the loss payee we will, to the extent of payment, be subrogated to the loss payee's rights of recovery.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**S01CW01 (10-13)**

## SIGNATURE PAGE

This policy is signed for the member company of Travelers which is the insurer under this policy.

Wendy C. Skjerven
Corporate Secretary

Michael Klein
President
Personal Insurance

© 2012 The Travelers Indemnity Company. All rights reserved.

E1MCW01 (10-13)

## EXTENDED TRANSPORTATION EXPENSES

**All provisions of the policy apply unless modified by this endorsement.**

When there is a loss to a "your covered auto" described in the Declarations for which a specific premium charge indicates that Extended Transportation Expenses is afforded, or to a "non-owned auto", we will pay, without application of a deductible, up to the amount per day to a maximum amount as shown in the Declarations for:
1. Reasonable transportation expenses incurred by you in the event of a loss to that "your covered auto"; or
2. Loss of use expenses for which you become legally responsible in the event of loss to a "non-owned auto".

This coverage applies only if the loss to "your covered auto" or a "non-owned auto" is covered under Coverage E – Collision or Coverage F – Comprehensive of this policy. However, this coverage does not apply when there is a total theft of "your covered auto" or a "non-owned auto". Such coverage is provided under Coverage F – Comprehensive of this policy.

We will pay transportation expenses or loss of use expenses you become legally responsible for during a period that begins on the date:
1. The vehicle is not drivable as a result of the loss; or
2. The vehicle is left at a repair facility if the vehicle is drivable.

Our payment for transportation expenses and loss of use expenses will be limited to that period of time reasonably required to repair or replace the "your covered auto" or the "non-owned auto".

Our payment for loss of use expenses will be excess over any optional deductible waivers or insurance purchased as part of a rental agreement.

Extended Transportation Expenses does not apply when there is a total theft of "your covered auto" or a "non-owned auto". Such coverage is provided under Coverage F – Comprehensive within Additional Coverage D. Transportation Expenses. However, when Extended Transportation Expenses applies to any "your covered auto", Additional Coverage D. Transportation Expenses is replaced by the following:

**D. Transportation Expenses**

Under Coverage F – Comprehensive we will pay for:
1. Reasonable transportation expenses incurred by you in the event of the total theft of "your covered auto"; or
2. Loss of use expenses for which you become legally responsible in the event of the total theft of a "non-owned auto".

We will pay up to the greater of the following amounts:
1. $30 per day, to a maximum of $900; or
2. If applicable,
   a. For a "your covered auto", the amount per day to the maximum amount shown, if any, in the Declarations for Extended Transportation Expenses for that specific "your covered auto"; or
   b. For a "non-owned auto", the amount per day to a maximum amount shown, if any, in the Declarations for Extended Transportation Expenses for any one "your covered auto". If the Declarations indicate more than one vehicle has Extended Transportation Expenses, the highest Extended Transportation Expenses limit applicable to any one "your covered auto" will apply.

These limits are the most we will pay for transportation expenses and loss of use expenses.

We will pay only those expenses incurred during the period:
1. Beginning 48 hours after the theft; and
2. Ending when "your covered auto" or the "non-owned auto" is returned to use, or we offer to pay for its loss.

No deductible applies to this additional coverage.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**E1OCW02 (01-15)**

## GLASS DEDUCTIBLE

**All provisions of the policy apply unless modified by this endorsement.**

If a premium entry for Glass Deductible is shown in the Declarations, the Damage To Your Auto Coverage Section of the policy is amended by adding the following:

**Glass Deductible**

If the Declarations indicates that Glass Deductible applies for a specific "your covered auto", we will subtract the Glass Deductible amount indicated in the Declarations for the "Glass" portion of a loss to that auto. We will subtract this amount instead of the Coverage E – Collision or Coverage F – Comprehensive deductible amount.

If the "Glass" damage is only a portion of a covered loss, the most we will subtract from the amount we will pay for the loss is the applicable Coverage E – Collision or Coverage F – Comprehensive deductible amount.

**Definition**

"Glass" as used in this endorsement means the:
1. Glass used in the windshield, doors, and windows of "your covered auto" or of a "non-owned auto"; and
2. Glass, transparent plastic or other material used in the exterior lights or mirrors of "your covered auto" or of a "non-owned auto".

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## Important Notice about Privacy

### What we mean when we talk about "Privacy"

Your privacy is important to us. When we sell an insurance policy to a person we need information about the person or property that we're insuring.  We consider this private and have taken steps to keep it confidential.

We want you to know about our privacy policy. The privacy policy tells you the kinds of information we get about you, where we get it, and with whom, if anyone, we may share it.

This brochure describes our privacy policy, procedures and practices for individuals who seek or get auto, home and other personal liability and property insurance for personal, family or household needs.

### What kind of information we have and where we get it

You give us most of what we need in the application process. To make sure what we have is correct we may need to check with you by phone or mail.

You may be asked to give us more details in writing or over the phone. Plus, we may receive and check your past insurance claims from insurance support organizations or your former insurers.

As allowed by law, we may ask for credit and other consumer reports from consumer reporting agencies concerning your application for insurance or any renewal of insurance. Information given to us by an insurance support organization, including consumer reporting agencies may be retained by them and disclosed to other persons.

For auto insurance, we often get a report of accidents or convictions from your State Motor Vehicle Department. We get these reports through an independent reporting company. We may also check information from government agencies or independent reporting companies. This helps us correctly rate and price your policy.

For home, building, or boat insurance, we or an inspector from an independent company may visit the property to inspect and report on its condition. In some cases, pictures may be taken. This allows us to check the estimate we have of your property's value. If we need more details about the property or the alarm you've installed, we may need to enter your property to finish the inspection. We would contact you before entering your property.

As a part of our application and underwriting process, in most states, we also order an Insurance Score based on credit history. We use the Score, information you give us, and other consumer reports for underwriting and the price we will charge. If we receive corrected personal information from a consumer reporting agency, we will re-evaluate you.

Once you're insured with us, your file may contain details about your policy(ies). This may include bill payments or claim history. A claim representative may comment, for example, on the condition and use of the insured property. We may also keep a police report if one was issued.

Sometimes we need to know about your health. For example, if we need to know whether a physical limitation will affect your ability to drive, we would ask you to sign a form allowing your personal doctor to answer any question we may have.

### Who has access to this information

We keep what we collect about you in our files. Our policies and procedures protect your personal information. We have physical, electronic and procedural safeguards in place.

**We do not give or sell our customers' personal information to others for marketing purposes. You don't have to ask us to keep your information private because we do not give it, unless allowed.**

We will use information about you to sell you insurance, service your insurance and settle claims.  We may give the information to other persons or companies to help us manage or service our business. When we do, we require them to use it only for the reasons we gave it to them.

We may give, without your past permission and only if allowed by law, information about you held in our files to certain persons or organizations such as:

- Your agent or broker

- Our affiliated property and casualty insurance companies
- An independent claim adjuster or investigator
- Persons or organizations that conduct scientific research, including actuarial or underwriting studies, provided that no individual may be identified in the studies
- An insurance support organization, including consumer reporting agencies
- Another insurer in order to prevent or prosecute fraud

Also, on rare occasions, we may be required to share this information:

- With a State Insurance Department or other governmental agency, if required by federal, state or local laws
- If ordered by a summons, court order, search warrant or subpoena
- To protect our own legal interests, or in case of suspected fraud or other illegal activities

**How to find out what information we have about you**

If you have any questions about what we have in your file please write to us. When we receive your written request, we will respond within thirty (30) business days. We will let you know if we've given any information about you to anyone in the past. If we asked for a consumer report we will tell you the name and address of the consumer reporting agency.

You may also see and copy your file (except for certain documents about claims and lawsuits). If you believe any of our information is wrong we'll check it out and if we agree there was an error, we'll correct it. If we don't agree, you're still allowed to file a letter with your comments. We'll send the correction or letter to anyone who received or will receive the original information.

If you have any questions about the right of access to or correction of your file, we'll be happy to review our procedures with you. Please contact:

Denise J. Sailer, Privacy Coordinator
Consumer Affairs
One Tower Square
Hartford, CT 06183

**When you write, please be sure to tell us your:**

- Name
- Address
- Policy number
- Phone number and the best time of the day for us to call you

Please include a copy (not the original) of personal ID, such as your driver's license.

**We thank you for letting us serve your insurance needs.**

This notice is effective July 2006 and is given by Travelers Indemnity Company, and its property and casualty insurance affiliates, members of the Travelers group of companies. This notice applies to current and former customers and may be amended at any time. The amended notice will be sent to customers and will also be placed on Travelers web sites.

## Important Notice about Consumer Reporting

Thank you for trusting us with your insurance. We are committed to providing you excellent service at a competitive price. A lot of information is used to determine your price, including information about your credit, claim and insurance history(ies). We are required to tell you that based on the information we received, you did not receive our best rating classification. Your price is competitive and accurate based on your unique characteristics. Please refer to the reverse side of this page for the details from your credit history affecting your price.

The consumer reporting agency(ies) that provided information about you:

Claim History and Insurance History Information:

LexisNexis Consumer Center
P.O. Box 105108
Atlanta, GA 30348-5108
Telephone: 1-800-456-6004
Web Address: www.consumerdisclosure.com

Insurance Score (Credit History) Information:

TransUnion National Disclosure Center
P.O. Box 1000
Chester, PA 19022
Telephone: 1-800-645-1938
Web Address: www.transunion.com

**Remember:**

- You have the right to a free copy of the consumer report(s) listed above.  Simply contact the agency(ies) listed above within 60 days of receipt of this notice.

- You have the right to dispute the accuracy or completeness of any information in a consumer report.  Simply contact the agency to discuss or dispute any information in the report.

- The consumer reporting agency(ies) did not make the pricing determination and cannot answer questions regarding your Travelers policy.

- Notify us if your information changes.  We will reevaluate your situation, which could save you money.

The information from your credit report is used to create an insurance score. Your insurance score was impacted by:

* Recent Application for Credit (within the past 2 years; excluding auto and mortgage applications).

To learn more about how your credit relates to your insurance policy please contact our Insurance Score Resource Center at 1-800-550-7717. For any other questions, please contact your Travelers agent or representative.

Please note: this information does not necessarily reflect a poor or average credit standing.

A DESCRIPTION OF YOUR ADDITIONAL RIGHTS:

You have a right to a written statement containing specific items of information that support the reason given for our action and the names and addresses of the institutional sources and insurance support organizations that supplied the items of information.

You also have the right to see and obtain a copy of all recorded information which we used to take this action or to be told the nature and substance of that information after properly identifying yourself.

You must make a written request within 90 business days of the date of this notice to exercise these rights.

If you disagree with the accuracy of the recorded information used to take this action, you have the right to request in writing a change, correction, or deletion of the recorded information in dispute. If we refuse your request, you have the right to file a statement containing supplemental information or explaining why you disagree. We will put your statement in our file so that anyone reviewing your file will see it.

## Important Notice about Billing Options and Disclosures

This notice contains important information about our billing options and fees for policy number 996057891 203 1.

You have chosen to pay your insurance premium in full and will be billed by mail / email. Other charges that may apply include a $10.00 late charge and a $20.00 fee for payments returned by your bank.

If your billing needs change, you may pay your premium by:

| Bill Plan | Monthly | Lump Sum |
|---|---|---|
| Electronic Funds Transfer (EFT) | $1.00 | No Charge |
| Recurring Credit Card (RCC) | $1.00 | No Charge |
| Bill by Mail / Email | $5.00 | No Charge |

Late Charge: $10.00 per occurrence
Payments returned by your bank: $20.00 per occurrence

In the event two payments are returned during a 12 month period you will be required to pay with guaranteed funds for 182 days from the date of the last returned payment. Guaranteed funds are credit card, bank check, money order or home banking payments. Other forms of payment will be returned. You will not be eligible to use our Electronic Funds Transfer (EFT) or Recurring Credit Card (RCC) payment plans.

Visit www.amp.travelers.com if you would like to enroll in our Electronic Funds Transfer (EFT) or Recurring Credit Card (RCC) payment plan.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

If you have multiple policies with us you may be able to combine those policies into a single billing account. If you have selected one of our monthly billing options, and you combine your policies into a single billing account, you will be charged just one service charge per installment, and not per individual account.

To add this policy to an existing billing account or if you have other questions about this notice, please call your insurance representative at 1-203-426-2273.

# IMPORTANT NOTICE

## SUMMARY OF CONSUMER PROTECTIONS

If you are shopping for auto or homeowners' insurance, or if your current policy is up for renewal, we may be looking at your credit history. As a general rule, we use your credit history in connection with our financial history measurement program or credit-scoring program to measure your risk of having an insurance loss. We use your credit-based insurance score, in combination with other factors, to rate and underwrite your policy.

**A.** We are required to notify you of that and provide you with a summary of consumer protections regarding the use of your credit history in underwriting or pricing your insurance policy. These protections are that:
- we cannot deny, cancel or fail to renew coverage based solely on credit information;
- we are required to take into account the effect on your credit of extraordinary life circumstances (as described below);
- if we deny, cancel or increase your premium, or decrease your insurance coverage or amount of insurance based on your credit information, we are required to send you what's called an adverse action notice explaining the reasons for our action; and
- we can use credit information for: (1) new insurance policies; and (2) on a renewal of an insurance policy. We may obtain and use your most updated credit information at renewal only at your request or if such use reduces your premium.

**B.** If your credit information has been adversely impacted by an extraordinary life circumstance that has occurred within the last 3 years, you may request in writing that we consider this information when using your credit information. These **extraordinary life circumstances** include:
- a catastrophic illness or injury;
- divorce;
- death of a spouse, child or parent;
- involuntary loss of employment for more than three consecutive months;
- identity theft;
- total or other loss that makes your home uninhabitable; and
- any other circumstance an insurer may choose to recognize.

If you believe any of these extraordinary circumstances have impacted your credit, please contact us and let us know of your extraordinary circumstance(s) by calling our Insurance Score Resource Center at 1-800-550-7717 or by writing to us at Travelers, Attn: Insurance Score Requests, P.O. Box 42486, Houston, TX 77242.

We may require you to provide reasonable, independently verifiable written documentation of your extraordinary life circumstance and explain how it has negatively affected your credit report or credit history. We will take steps to keep confidential any documentation you provide to us.

**C.** You should also know that we cannot use the following credit-related information as part of our financial history measurement program:
- the number of credit inquiries in an applicant's or insured's credit report or credit history;
- the applicant's or insured's use of a particular type of credit card, debit card or charge card;
- the applicant's or insured's total available line of credit;
- any disputed credit information while such dispute is under review by a credit reporting company, provided such information is identified in an applicant's or insured's credit report or credit history as being in dispute;
- collection accounts identified with a medical industry code in the applicant's or insured's credit report or credit history; and
- the applicant's or insured's lack of credit history, unless the insurer treats the applicant or insured as if such applicant or insured had neutral credit information, as defined by the insurer.

## IMPORTANT NOTICE

## PLEASE READ THIS IF YOU ARE A NAMED INSURED 55 YEARS OF AGE OR OLDER

If you are a named insured and are 55 years of age or older, you have the option to assign a third party designee to any automobile or homeowners insurance policy you have with us. This means when you are mailed any of the following types of notices, a copy will also be sent to your third party designee:

- notice of cancellation
- notice of non-renewal

By designating another person who has an interest in your welfare (such as a family member, friend, or attorney) to receive these notifications, you'll be sure to have someone receive these important notices if, for any reason, you are unavailable to receive your mail. Your third party designee will be aware of the situation and will hopefully be able to provide any assistance you may need.

To make or change a third party designation, please complete the following form. It must be signed by you and your third party designee and mailed by CERTIFIED MAIL, RETURN RECEIPT REQUESTED, to this address:

Travelers
P.O. Box 59059
Knoxville, TN 37950-9059

The designation you make will become effective within ten business days after we receive your designation form.

**Complete this form if you want to assign a third party designee to this policy and have not already requested one OR if you want to change the third party designee assigned to this policy. If you previously assigned a third party designee to this policy, that person's name is shown on the Declarations page of your policy. You may terminate the third party designation by sending written notification by CERTIFIED MAIL, RETURN RECEIPT REQUESTED, to the designated third party and us.**

If you have questions about making, changing or terminating a third party designation, please call your insurance representative at the number for Policy Service on page one of your declarations.

— — — — — — — — — — — — — — — **Please cut along line.** — — — — — — — — — — — — — — — — — —

I, a Named Insured, request a third party designee for this policy:

Named Insured _____

Type of Policy _____ Policy Number _____

Third party designee's name _____

Address _____

_____

_____ This is a new designation.    _____ This is a change of designation.

**Named Insured's signature** _____ Date _____

I accept as a Third Party Designee to receive copies of notices of cancellation or nonrenewal on behalf of the Named Insured named above. If I decide to terminate my designation, I must send written notification by CERTIFIED MAIL, RETURN RECEIPT REQUESTED, to both the insured and the insurer.

**Designee's signature** _____ Date _____

**PLEASE RETURN BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED.**

# IMPORTANT NOTICE

## Driver Record Rating Information For Connecticut

WHAT KIND OF THINGS ARE CONSIDERED IN RATING?

To understand how auto accidents and traffic convictions affect your auto insurance premiums, you must first understand how those premiums are determined. A number of factors are considered in determining premiums, among them:

*Where you live.* Each state is divided into "rating territories". Rates within each territory are based on the frequency of losses involving cars garaged in the area. The fewer the losses and the lower the costs of repairing those losses within a rating territory, the lower the rates for that territory will be.

*How your car is used.* Whether your car is used for commuting or just pleasure driving, whether it is used in business - all these factors affect your accident potential and the premium you pay.

*Your driving record.* Statistics show that people who have had one or more accidents or convictions in recent years are more susceptible to future accidents and their premiums are accordingly higher than premiums for drivers with a clean driving record. How much higher depends on how much poorer their driving record is.

*Who drives your car.* The age, sex, marital status, driving experience and driving record of the people who are residents of your household or who regularly operate your car also affect your premium.

*Coverages, limits and deductibles.* The kinds of coverage you purchase, the amounts of limits you select and the deductibles you choose also affect your premiums.

HOW ARE ACCIDENTS AND CONVICTIONS REFLECTED IN RATING?

Under our Incident Determination and Accumulation Rule, incidents are assigned for most auto accidents and certain major traffic convictions. The number of incidents assigned varies with the severity of each accident or the seriousness of each conviction.

1.   Convictions

Incidents are assigned for major convictions while operating any motor vehicle. Major convictions include, but are not limited to, driving under the influence of alcohol or drugs, evading responsibility, homicide or assault while operating a motor vehicle, driving while license suspended or the need to file evidence of financial responsibility as a result of a moving traffic violation.

2.   Accidents

Incidents are assigned for each accident involving bodily injury or death in excess of $1,000. Incidents will be assigned if the aggregate loss amount is in excess of $1,000 including all damages for bodily injury, death and property damage.

No incidents are assigned when:

A.   Accidents are incurred by an operator who is insured or a principal operator under a separate policy.
B.   Your car is legally parked (unless the parked vehicle rolls from the parked position and causes an accident).
C.   You or a resident operator had been reimbursed by, or had a judgment against, a person responsible for an accident.
D.   Your auto is struck in the rear by another vehicle and the insured driver of your car was not convicted of a moving traffic violation.
E.   The other driver in an accident was convicted of a moving traffic violation and the driver of your car was not.
F.   An auto operated by you or any resident operator is struck by a "hit-and-run" vehicle, if the accident is reported to the proper authorities within 24 hours by you or the resident operator.

G. The only damage is by contact with animals or fowl.

H. Physical Damage is caused by and limited to flying gravel, missiles or falling objects.

I. The accident occurred as a result of the operation of any automobile in response to an emergency if the operator at the time of the accident was responding to a call to duty as a paid or volunteer member of any Police or Fire Department, First Aid Squad, or any law enforcement agency. This exception does not include an accident occurring after the auto ceases to be used in response to such emergency.

J. It is the first or second accident within the current experience period where the insured was not convicted of a moving traffic violation and was not at fault.

Refund of Surcharged Premium

If Driver incidents have been assigned for an accident and it is later determined that the accident falls under one of the exceptions, the company will refund the increased portion of the premium generated by the accident.

WHAT COVERAGES ARE AFFECTED BY ACCIDENTS AND CONVICTIONS?

The incidents assigned under our Incident Determination and Accumulation Rule may result in higher premiums for the following coverages: Bodily Injury Liability, Property Damage Liability, Reparations Benefits Coverage, Comprehensive Coverage, Collision Coverage and Medical Payments Coverage.

HOW MUCH DO ACCIDENTS AND CONVICTIONS AFFECT YOUR RATE?

The higher the number of incidents accumulated by all drivers in your household, the higher your insurance premium will be.

Driver incidents are assigned only for accidents and convictions which occurred during the past three years. Incidents are added or dropped on the continuation date of your policy, except where a driver is removed from the policy. Then incidents are deleted when the driver is removed.

If you are assigned incidents for accidents and convictions, we will apply a Driver incident Modification Factor resulting in a higher rate.

The following chart shows you examples of how this will work.

| IF YOU ACCUMULATED ACCIDENTS AND CONVICTIONS WITH INCIDENTS TOTALING | YOUR MODIFICATON FACTOR AND RATE WOULD BE: | | |
|---|---|---|---|
| | BASE RATE X FACTOR = RATE | | |
| 2 | $150 | 1.50 | $225 |
| 12 | 150 | 2.00 | 300 |
| 25 | 150 | 2.50 | 375 |
| 34 or more | 150 | 4.00 | 600 |

As you can see, it pays to be a good driver.

REQUEST FOR REVIEW

Upon the request of an insured, the Insurance Commissioner or a person employed in the Insurance Department designated by the Commissioner shall review an insurance company's action in assigning a point or points under any safe driver classification plan. As part of the review, the Insurance Commissioner or his designee shall determine whether the action of the insurance company in assigning a point or points is consistent with the terms of the plan and the provisions of Chapter 701 of the General Statutes of Connecticut. "Point" or "points" includes those assessed for accidents or convictions or both under the Connecticut Automobile Insurance Plan.