EXHIBIT 2

## AFFIDAVIT OF LAURA N. WOODS

\* \* \* \* \*

Comes the affiant, and after having first been duly sworn, states as follows:

1. I am the Plaintiff in the case styled Laura N. Woods v. The Standard Fire Insurance Company d/b/a Travelers, filed in the United States District Court for the Eastern District of Kentucky, Central Division at Lexington, case number 5:18-cv-658-JMH, and I have personal knowledge of all facts set forth herein.

2. At approximately 9:44 a.m. on Sunday, December 18, 2016, I was involved in a motor vehicle collision while driving East on Miliary Pike in Woodford County, Kentucky.

3. The other driver, Joshua Eaves, who was driving a 2003 Honda Accord going West, crossed the center line, hit the car in front of me and then hit my vehicle, a 1998 Toyota Tacoma, head-on.

4. It was a terrible wreck and, as a result, I suffered many injuries including fractures to my feet and my spine, and other temporary and permanent injuries and effects including scarring.

5. I was in the hospital for several weeks and off work for over five (5) months.

6. I have had at least five (5) surgeries, and to date my medical bills alone from the wreck total over $250,000.

Further the affiant sayeth naught, except that:

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March __6__, 2019.

_Laura N. Woods_ (signature)
Laura N. Woods