| | |
|---|---|
| From: | Darout,Enante <EDAROUT@travelers.com> |
| Sent: | Tuesday, November 20, 2018 3:55 PM |
| To: | Parsons,Matthew W |
| Subject: | Claim Legal Referral: H0A6087 |

Good Afternoon Matt,

I just wanted to let you know that I've submitted my opinion to Pat for her review. I hope to get it to you by tomorrow.

Enante

Enante Darout | Associate Counsel | Claim Legal Liability
Licensed in PA & NJ
Travelers
New Jersey Claim Center
W 973-631-3129  F. 877-786-5568
**Mailing Address:**
Travelers
P.O. Box 430
Buffalo, NY 14240-0430

**TRAVELERS**