Case: 5:18-cv-00658-DCR-MAS   Doc #: 122-18   Filed: 02/02/22   Page: 1 of 1 - Page ID#: 1193



Ex 48